**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02111-JLK-KLM

DONALD W. LABELLA, JR.

      Plaintiff,

v.

PRIVATE ESCAPES PINNACLE, LLC,
PRIVATE ESCAPES PREMIERE, LLC,
ULTIMATE ESCAPES HOLDINGS, LLC,
ULTIMATE ESCAPES, INC.,
ULTIMATE ESCAPES PREMIERE CLUB, LLC,
ULTIMATE ESCAPES CLUBS, LLC,
ULTIMATE ESCAPES ELITE CLUB, LLC, and
ULTIMATE ESCAPES SIGNATURE CLUB, LLC,

      Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Upon consideration of the Stipulation for Dismissal With Prejudice (doc. #20), filed May 4, 2010, it is

ORDERED that this civil action is DISMISSED WITH PREJUDICE, with each party to pay its own costs and fees.

DONE and ORDERED this 5th day of _May_, 2010.

                                    BY THE COURT:

                                    s/John L. Kane
                                    U.S. District Court Judge